IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

WALTER CORNELIUS GOUGH, JR., and
MAY BAILEY GOUGH

CRIMINAL CASE NO.
18 U.S.C. § 1347
18 U.S.C. § 1349

## COUNT ONE

Not more than 5 years imprisonment -- 18 U.S.C. §§ 1347 & 371
Not more than $250,000 fine, or both -- 18 U.S.C. § 3571 (b)(3)
Not more than 3 years supervised release -- 18 U.S.C. § 3583 (b)(2)
$100 special assessment -- 18 U.S.C. § 3013 (a)(2)(A)